UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANASTASIA JOHNSTON, et al.,

      Plaintiffs,

v.

MYLAN SPECIALTY L.P.,

      Defendant.

Case No. 2:16-cv-13060
Hon. Gershwin Drain

## NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Anastasia Johnston, individual and on behalf of Claire Johnston, Claire Johnston, Karl Thomsen, Debra Bailey, Laura Chapin, individually and on behalf of minor Fionn Chapin, and Rachel Fernandez, individually and on behalf of minor Hope Moran ("Plaintiffs") voluntarily dismiss their claims in the above-captioned action against all Defendants without prejudice and without costs to any party.

January 9, 2017                     Respectfully submitted,

                                    /s/ *Sharon S. Almonrode*
                                    Sharon S. Almonrode (P33938)
                                    THE MILLER LAW FIRM, P.C.
                                    950 W. University Drive, Suite 300
                                    Rochester, MI 48307
                                    Telephone: (248) 841-2200
                                    Facsimile: (248) 652-2852
                                    ssa@millerlawpc.com

                                    *Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANASTASIA JOHNSTON, et al.,

      Plaintiffs,

v.

MYLAN SPECIALTY L.P.,

      Defendant.

Case No. 2:16-cv-13060
Hon. Gershwin Drain

---

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2017, I electronically filed the foregoing documents with the Clerk of the Court using the ECF system, which will send electronic notification of such filings upon all registered counsel of record.

/s/ *Sharon S. Almonrode*
Sharon S. Almonrode (P33938)
THE MILLER LAW FIRM, P.C.
950 W. University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
Facsimile: (248) 652-2852
ssa@millerlawpc.com

3